MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TED L. JOHNSTON<br><br>　　　　Plaintiff<br><br>vs.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA ALTERNATIVE LOAN TRUST 2004-3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-3; and MR. COOPER<br><br>　　　　Defendants | CASE NO.: 2:22-cv-01605-CDS-VCF<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL** |

　　　　It is hereby stipulated and agreed, by and between the plaintiff, Ted L. Johnston, by and through his attorney, Michael F. Bohn, Esq., and defendants Nationstar Mortgage LLC dba Mr. Cooper and Wells Fargo Bank, N.a. as Trustee for the Certificate Holders of Banc of America Alternative Loan Trust 2004-3, Mortgage Pass-through Certificates, Series 2004-3, by and through its attorney Brody R. Wight, Esq. stipulate and agree as follows:

/ / /

/ / /

/ / /

1

1. This case shall be dismissed in its entirety, with each party to bear their own attorneys fees and costs.

DATED this 15th day of February, 2023.

| LAW OFFICES OF | TROUTMAN PEPPER HAMILTON |
| MICHAEL F. BOHN, ESQ., LTD. | SANDERS LLP |

By: /S/ /Michael F. Bohn, Esq./
Michael F. Bohn, Esq.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
Attorney for plaintiff

By: /s/ /Brody R. Wight, Esq./
Brody R. Wight, Esq.
8985 S. Eastern Ave # 200
Las Vegas, Nevada 89123
Attorney for defendants

IT IS SO ORDERED.

The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 15, 2023

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn, Esq./
Michael F. Bohn, Esq.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
Attorney for plaintiff

2